**Frank BRATLEY and Anna Bratley, Appellants, v. UNITED STATES of America, Appellee.**

No. 6265.

Circuit Court of Appeals, Ninth Circuit.

Oct. 13, 1930.

Before RUDKIN and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Pursuant to motion of appellee, ordered appeal dismissed for failure of appellants to file record and docket cause.

**E. S. BRIANT, Independent Executor of the Estate of J. D. Sugg, Deceased, Appellant, v. George C. HOPKINS, Collector of Internal Revenue, Appellee.**

No. 5982.

Circuit Court of Appeals, Fifth Circuit.

Nov. 26, 1930.

Harold B. Sanders, of Dallas, Tex., for appellant.

Norman A. Dodge, U. S. Atty., of Fort Worth, Tex., Wright Matthews, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., on the brief), for appellee.

Before BRYAN and FOSTER, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The judgment is affirmed.

**Howell BURGESS, alias Blackie, alias Howard Burgess, Appellant, v. UNITED STATES of America, Appellee.**

No. 5912.

Circuit Court of Appeals, Fifth Circuit.

Dec. 13, 1930.

Alfred Du Perier, of Beaumont, Tex., for appellant.

S. D. Bennett, Asst. U. S. Atty., of Beaumont, Tex. (Randolph Bryant, U. S. Atty., of Sherman, Tex., on the brief), for the United States.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

**M. C. CALLAN, Appellant, v. UNITED STATES of America, Appellee.**

No. 6285.

Circuit Court of Appeals, Ninth Circuit.

Oct. 20, 1930.

Before RUDKIN and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of appellee, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.